# CRIMINAL MINUTES

DATE: August 18, 2014  JUDGE: Paul W. Grimm

TIME: 11:45-12:40  REPORTER/FTR/CTRM: Marshall (4B)

AUSA: James Crowell, IV  CRD: Ella S. Peterson

AGENT: Victoria Alito (FBI) & Cory Ellis (St. Mary's County)  INTERPRETER:

DFT'S ATY: John Chamble, AFPD

UNITED STATES OF AMERICA v. FURMAN TROY

☐ Released on Conditions/PR  ☒ Detained/Remanded to USMS

DFDT'S AGE: 44  YEAR OF BIRTH: 1970

CRIMINAL NO.: PWG-14-0383  NO. OF COUNTS: 1, 2 and 3

☒ *Initial Appearance*  ☐ Indictment
☒ *Arraignment*  ☐ Superseding Indictment
☐ Rearraignment  ☒ *Information*
☐ Sentencing  ☐ Superseding Information
☐ Sentencing Hearing  ☐ Motions Hearing
☐ Violation of Probation  ☐ Pretrial Conference
☐ Violation of Supervised Release  ☒ WAIVER  of Indictment
☐ Detention Hearing  ☐ Other
☐ Appeal of Magistrate Judge's Decision  ☐ See Attached for List of Witnesses

Defendant arraigned and plead "NOT GUILTY" as to Count(s) 

*Defendant arraigned and plead Guilty as to Count(s)*  *1,2 and 3 of the Information*

NOT GUILTY as to Count(s) ----- which was accepted by the Court.

☐ Defendant found not to be in violation of probation/supervised release.

Sentencing Date: 11/20/14 @2:00 p.m.

REMARKS: *(#) Order of Detention by agreement executed in open court on the record.*

Oral Motion of AUSA in open court to DISMISS Count(s) _____ which was accepted by the Court.

☐ Defendant advised of Right of Appeal.
☒ Imposition of Sentence Suspended pending PSI.
☐ ___ Days for Motions. Motion to be filed by
☐ Trial-Bench/Jury ___ day(s). Trial week of
☐ Pretrial Officer _____  ☒ Probation Officer  NONE PRESENT
☒ Minute entries docketed.