IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

vs.                                Case No.   PWG-13-0383
                                   *

**FURMAN TROY**                    *

******

## WAIVER OF INDICTMENT

I, _____FURMAN TROY_____, the above named defendant, who is accused of:

*Title 18 U.S.C. §§1951(a) & 2 – Hobbs Act: Aiding and Abetting*

*Title 18 §§924(c) & 2 – Using, carrying, and brandishing a firearm during and in*

*relation to a crime of violence*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____August 18, 2014_____ (date) prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before:

_____
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

U.S. District Court (6/98) Criminal Magistrate Forms: Waiver of Indictment